IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FEDERAL INSURANCE COMPANY,

    Plaintiff,

vs.                                                CASE NO.: 4:04cv158-SPM

FREDERICK R. JOHNSON,

    Defendant.
_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice pursuant to the parties' Joint Notice of Settlement and Stipulation of Dismissal, with Prejudice, (doc. 37) and Federal Rule of Civil Procedure 41(a)(1)(ii).  Accordingly, the clerk shall close the case.

SO ORDERED this 18th day of October, 2005.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          United States District Judge